# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

144421 & (59)(62)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM JAMES HARDRICK,
      Plaintiff-Appellee/
      Cross-Appellant,

v

                                                  SC: 144421
                                                  COA: 294875
                                                  Oakland CC: 2008-091361-NF

AUTO CLUB INSURANCE ASSOCIATION,
      Defendant-Appellant/
      Cross-Appellee,

and

AAA MICHIGAN AND ALLSTATE
INSURANCE COMPANY,
      Defendants.

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the December 1, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012 _____

h1015

_____
Clerk